JAMES A. GONIEA (State Bar No. 170849)
Wiggin and Dana LLP
Two Liberty Place
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
Telephone (215) 988-8317
jgoniea@wiggin.com

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPRINGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>DOCTORS ASSOCIATE'S INC.,<br><br>    Defendant. | No. 2:13-CV-00143-MCE-KJN<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

## ORDER

Upon consideration of the motion and accompanying materials, it is hereby **ORDERED** that all pretrial proceedings in this action are stayed pending the decision by the Judicial Panel on Multidistrict Litigation on the MDL Motion.

  **IT IS SO ORDERED.**

Dated:    February 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE